# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>Erick BACA-Rueda<br><br>*Defendant(s)* | )<br>)<br>) Case No. 2:24-mj-351<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __06/23/2024__ in the county of __Franklin__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 (a) & (b)(1) | being an alien, that is, a citizen of Honduras who was ordered deported and removed from the United States on or about 06/02/2017 following a conviction in the 24th Judicial District Court, Parish of Jefferson-State of Louisiana for Aggravated Battery is believed to be back in the United States and living at 685 Galli Ct., Columbus, Ohio 43228, without, prior to his re-entry and at a place outside the United States, obtaining the consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States, |

This criminal complaint is based on these facts:

see attached affidavit

☑ Continued on the attached sheet.

*Complainant's signature*

Joseph Ottjepka, Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 7/16/2024

Chelsey M. Vascura
United States Magistrate Judge
*Judge's signature*

City and state: Columbus, OH

Hon. Chelsey M. Vascura, US Magistrate
*Printed name and title*